United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD LEWIS ASHKER and DANNY TROXELL,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER; R.Q. HICKMAN; EDWARD ALAMEIDA, JR; JEANNE WOODFORD; JOE MCGRATH; CAROL A. DALY; SHARON LAWIN; CAL TERHUNE; GEORGE LEHMAN; MR. ROOS; BOOKER T. WELCH; BRETT GRANLUND; LARRY STARN; KENNETH L. RISEN; JONES M. MOORE; GRAY DAVIS; PETE WILSON; JAMES GOMEZ; and DOES 1 through 10;<br><br>        Defendants.<br>_____/ | No. C 04-1967 CW<br><br>ORDER REGARDING PLAINTIFFS' REQUEST TO PUBLISH ORDER GRANTING MOTION FOR SUMMARY JUDGMENT |

Plaintiffs Todd Ashker and Danny Troxell request to publish the Court's March 8, 2006 order on cross-motions for summary judgment.  The Court will not seek publication, but counsel is free to submit the order to legal publishers for possible publication if

counsel so desires.

IT IS SO ORDERED.

Dated: 3/28/06

                                                          *Claudia Wilken*
CLAUDIA WILKEN
United States District Judge