```
1   J. RANDALL ANDRADA (SBN 70000)
    BRENDAN KENNY (SBN 237969)
2   ANDRADA & ASSOCIATES
    PROFESSIONAL CORPORATION
3   180 Grand Avenue, Suite 925
    Oakland, California  94612
4   Tel.:   (510) 287-4160
    Fax:    (510) 287-4161
5
    Attorneys for Defendants
6
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD A. ASHKER and DANNY TROXELL,<br><br>   Plaintiffs,<br><br>   v.<br><br>GOVERNOR ARNOLD SCHWARZENEGGER, R. Q. HICKMAN, EDWARD S. ALAMEDIA, JR., JEANNE WOODFORD, WARDEN JOE McGRATH, CAROL A. DALY, SHARON LAWIN, CAL TERHUNE, GEORGE LEHMAN, MR. ROOS, BOOKER T. WELCH, BRETT GRANLUND, LARRY STARN, KENNETH L. RISEN, JONES M. MOORE, GRAY DAVIS, PETE WILSON, JAMES GOMEZ,<br><br>   Defendants. | Case No.:  C04 1967 CW<br><br>**STIPULATION AND ORDER REGARDING ATTORNEY'S FEES**<br><br>Judge:     The Honorable Claudia Wilken<br>Courtroom:  2 |

COUNSEL FOR THE PARTIES STIPULATE AS FOLLOWS:

1. On May 19, 2004, plaintiffs TODD ASHKER and DANNY TROXELL filed the above-referenced 42 U.S.C § 1983 action against defendants.  This action, in part, disputed a former policy of the Pelican Bay State Prison Security Housing Unit (PBSP-SHU) regarding hardcover books.

2. On March 8, 2006, this Court entered a declaratory judgment in plaintiffs' favor on the hardcover book claim and also entered a judgment of qualified immunity from liability for defendant McGRATH, among other defendants.  No money damages or injunctive relief was obtained pursuant

1

1  to the March 8, 2006 order.  A true and correct copy of the March 8, 2006 order is attached hereto as
2  Exhibit A.
3       3. The parties hereby stipulate that attorney's fees, costs, and related expenses for the total
4  amount of $9,576.76, is full and final satisfaction of any obligation on the part of defendants to
5  plaintiffs arising from the subject declaratory judgment regarding the substantive PBSP-SHU
6  hardcover book policy as set forth in the March 8, 2006 Order and any and all subsequent actions or
7  proceedings related thereto.
8       4. Nothing in this stipulation shall be construed as an admission of liability or an admission
9  of responsibility for damages, costs or fees on the part of the defendants, the California Department
10 of Corrections and Rehabilitation, its employees or former employees or any of its institutions.
11 Payment of the fees set forth in Paragraph 3 is made only in compromise of a disputed claim.
12      5. This stipulation further applies to any challenge on plaintiffs' part to the substantive
13 PBSP-SHU hardcover book policy in (1) the above captioned case, and (2) any further case or
14 appeal.
15      6. Plaintiffs and their attorney expressly waive and assume the risk of any and all claims for
16 attorney's fees, costs, and related expenses which exist as of this date for which they do not know or
17 suspect to exist, whether through ignorance, oversight, error, negligence, or otherwise, and which, if
18 known, would materially affect their decision to enter into the settlement agreement.  If any future
19 claims by plaintiffs arises from the subject hardcover book policy in any form, including a claim for
20 damages against defendant McGRATH or any other individual CDCR employee(s) or former
21 employee(s), such future claim (if any) shall be subject to a credit for any future award of attorney's
22 fees, costs and related expenses to the extent that such future claims overlap with the hardcover book
23 claim.
24      7. Plaintiffs and their attorney further agree that plaintiffs will not present any request for
25 attorney's fees regarding the hardcover book claim in (1) the above captioned case and (2) any
26 further case or appeal.
27      8. At the time that plaintiffs' attorney signs this settlement agreement, plaintiffs' attorney
28 shall also sign and return to counsel for defendants a Payee Data Record form.  Upon receipt of the

{00044755.DOC/}  DOC 0593
SETTLEMENT RE ATTORNEY'S FEES

Ashker, et al. v. Schwarzenegger, et al.
Case No. C04 1967 CW

1  fully executed Stipulation and Order Regarding Attorneys' Fees and the signed Payee Data Records
2  from plaintiffs' attorney, counsel for defendants will forward the documentation to the CDCR for
3  processing.  The parties understand that the payment is contingent upon the passage of the 2006-
4  2007 State budget and the allocation of sufficient funds to the CDCR.

5      9.  Should any provision of this stipulation be held invalid or illegal, such illegality shall not
6  invalidate the whole agreement, but the agreement shall be construed as if it did not contain the
7  illegal part and the rights and obligations of the parties shall be construed and enforced accordingly.

8      10.  This stipulation shall constitute the entire agreement between the parties, for any and all
9  attorney's fees, costs, and related expenses as to the hardcover book claim, and it is expressly
10 understood and agreed that this stipulation has been fully and voluntarily entered into by all parties,
11 and each of them.  It may not be altered, amended, modified, or otherwise changed in any respect
12 except by writing duly executed by the parties to this agreement.

13     11.  This stipulation shall be governed by and construed in accordance with the laws of the
14 State of California.

15     12.  Facsimile signatures shall bind the parties to this agreement.

16     13.  The parties may execute and deliver this document in any number of counterparts or
17 copies and each counterpart shall be deemed an original.

18     IT IS SO STIPULATED.

19

20 Dated:  __June 14_____, 2006          LAW OFFICES OF HERMAN FRANCK

21                                                                            /s/  Herman Franck
22                                                                    By_____
23                                                                         HERMAN FRANCK
                                                                           Attorney for Plaintiffs
24
25 Dated:  __June 22_____, 2006          ANDRADA & ASSOCIATES

26                                                                            /s/ J. Randall Andrada
27                                                                    By _____
                                                                             J. RANDALL ANDRADA
28                                                                           Attorneys for Defendants

3

1   IT IS SO ORDERED:

3   Dated: _____7/7/06_____          /s/ CLAUDIA WILKEN

4                                       CLAUDIA WILKEN, JUDGE
                                        UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

<u>Todd A. Ashker, et al. v. Governor Arnold Schwarzenegger, et al..</u>
U. S. District Court Case No. C04 1967 CW

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action; that my business address is 180 Grand Avenue, Suite 925, Oakland, California; and that on June 22, 2006, I served a true copy of the foregoing document(s) entitled:

**STIPULATION AND ORDER REGARDING ATTORNEY'S FEES**

on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Herman Franck, Esq.                           **Attorney for Plaintiffs**
Law Offices of Herman Franck
1801 – 7th Street, Suite 150
Sacramento, CA  95814
Tel:  (916) 447-8400 / Fax:  (916) 447-0720
Email:  franckherman@cs.com

__X__    (By Mail)  I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Andrada & Associates.

_____    (By Hand)  I caused each envelope to be delivered by hand to the person(s) listed above.

_____    (By Telecopy)  I caused each document to be sent by fax to the fax as indicated above.

_____    (By Overnight Delivery)  I caused each envelope to be delivered by overnight delivery to the person(s) indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 22, 2006, at Oakland, California.

/s/ Lilian Roberts
_____
LILIAN ROBERTS

5

{00044755.DOC/}  DOC 0593                                         Ashker, et al. v. Schwarzenegger, et al.
SETTLEMENT RE ATTORNEY'S FEES                                     Case No. C04 1967 CW